⊖AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF MA

UNITED STATES **EXHIBIT AND WITNESS LIST**

V.

Case Number: 10-1732-TSH

JOSE L. BAEZ

| PRESIDING JUDGE Timothy S. Hillman | PLAINTIFF'S ATTORNEY Tobin | DEFENDANT'S ATTORNEY Fick |
|---|---|---|
| TRIAL DATE (S) 8/10/2010 | COURT REPORTER ˜ 2:30 p.m. | COURTROOM DEPUTY Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 8/10/10 | | | Brian Oppedisano, ATF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

• Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages