**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


UNITED STATES OF AMERICA


                    v.

CRIMINAL CASE NO. <u>1:10-MJ-1732-1</u>

<u>JOSE L. BAEZ</u>
                    Defendant


**<u>APPOINTMENT OF FEDERAL DEFENDER</u>**


        The financial inability of the defendant to retain counsel having been established by

the Court, and the defendant not having waived the appointment of counsel,

        It is hereby ORDERED that the Federal Defender Office for the District of

Massachusetts be appointed, effective as of  <u>08/09/2010</u>  to represent said defendant in

this cause until further order of the Court.



                              SARAH ALLISON THORNTON,
                              Clerk of Court



<u>08/16/2010</u>          By:   <u>/s/ Barbara G. Leboff</u>
Date                              Deputy Clerk