AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance – Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**APPEARANCE**

**Jose L. Baez**

Case Number: 10MJ0172-TSH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Defendant, Jose L. Baez**

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
    CJA Appointment
    Federal Public Defender
 X  Retained
    Pro Bono

| | |
|---|---|
| _____9-1-10_____ | __/s/ Philip J. Doherty__ |
| Date | Signature |
| | Philip J. Doherty   554591 |
| | Print Name   Bar Number |
| | 73A Winthrop Avenue |
| | Address |
| | Lawrence, Ma. 01843 |
| | City   State   Zip Code |
| | 978-687-7700   978-688-7351 |
| | Phone Number   Fax Number |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2010.

/s/ Philip J. Doherty