IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE BAEZ | No. 10-MJ-1732-TSH |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw. As grounds therefor, retained counsel has entered an appearance on defendant's behalf.

                                            Respectfully submitted,

                                            /s/ William W. Fick
                                            William W. Fick, Esq.
                                            B.B.O. No. 650562
                                            FEDERAL PUBLIC DEFENDER OFFICE
                                            51 Sleeper Street, 5th Floor
                                            Boston, MA 02210
                                            617-223-8061
                                            WILLIAM_FICK@FD.ORG

## Certificate of Service

I, William Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 2, 2010.

                                            /s/ William W. Fick