UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.          )<br>)<br>JOSE L. BAEZ,          )<br>          Defendant.   )<br>) | Crim. No. *10 cR 10275-DPW*<br><br>VIOLATION:<br><br>18 U.S.C. § 844(i)-- Arson |

## INDICTMENT

COUNT ONE:     (18 U.S.C. § 844(i)- Arson)

The Grand Jury charges that:

On or about August 9, 2010, at Roslindale, in the District
of Massachusetts,

JOSE L. BAEZ,

defendant herein, did maliciously damage and destroy, and attempt
to damage and destroy, by means of fire, a building used in
interstate and foreign commerce and in activities affecting
interstate and foreign commerce, to wit: a residential dwelling
with two rental units located at 11 Firth Road, Roslindale,
Massachusetts.

All in violation of Title 18, United States Code, Section
844(i).

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
DAVID G. TOBIN
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: September 8, 2010.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/8/2010
@ 12:51pm

2