# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** <br> **NO. 10-10275-DPW** |
| JOSE L BAEZ, <br> Defendant. | ) ) ) | |

## INITIAL STATUS REPORT
### November 15, 2010

**HILLMAN, M.J.**

The following is an Initial Status Report to Woodlock, J., to whom this case is assigned:

**1.  Local Rule 116.5 (A) (1)** - Timing Requirements

Relief has not been requested from the otherwise applicable timing requirements imposed by L.R. 116.3.

**2.  Local Rule 116.5 (A) (2)** - Discovery

The Defendant has not opted out of the automatic disclosure provisions of L.R. D. Mass. 116.1.

**3.  Local Rule 116.5 (A) (3)** - Additional Discovery

The parties do anticipate providing additional discovery as a result of their future receipt of information, documents or reports of examinations or tests (i.e. expert testimony, exculpatory evidence, Jencks Act material, cooperating witnesses, etc.).

**4**.  **Local Rule 116.5 (A) (4) -** <u>Motion Date</u>

At this time, it is too early to determine whether or not any party will be filing a motion which will require a ruling by the District Judge before trial.

**5.  Local Rule 116.5 (A) (6)** - <u>Trial</u>

At this time, it is too early to determine whether or not a trial is anticipated.

**6.  Local Rule 116.5 (A) (7)** - <u>Interim Status Conference</u>

An Interim Status Conference shall be held in this case on December 20, 2010, at 3:30 p.m., in Courtroom # 1, Donohue Federal Building, 595 Main St., Worcester, Massachusetts.

<u>/s/Timothy S. Hillman</u>
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE