# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | **NO. 10-10275-DPW** |
| ) | |
| JOSE L. BAEZ, ) | |
| Defendant. ) | |
| ) | |

## ORDER OF EXCLUDABLE TIME
### November 15, 2010

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant, I am excluding from the provisions of the Speedy Trial Act, the period from October 18, 2010 (date of the expiration of the prior order of excludable time) through and including December 20, 2010, date of the Interim Status Conference. I exclude the time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the Defendant needs this period of time to receive and evaluate a voluminous amount of discovery material which the Government intends to provide him after his arraignment on a superceding indictment, and to continue his negotiations with the Government towards a non-trial resolution of this case.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE