UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Criminal No: 10CR10275DPW |
|  | ) |
| JOSE LUIS BAEZ | ) |
|  | ) |

APPEARANCE OF COUNSEL

Please enter my appearance of counsel for Jose Luis Baez as retained counsel in the above captioned matter.

                                        Respectfully submitted,
                                        Jose Luis Baez,
                                        By and through his attorney,

                                        /s/ Murat Erkan
                                        Murat Erkan, BBO: 637507
                                        Erkan & Associates
                                        300 High Street
                                        Andover, MA  01810
                                        (978) 474-0054

Dated:   December 14, 2010

CERTIFICATE OF SERVICE

    I, Attorney Murat Erkan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2010.

                                        /s/ Murat Erkan
                                        Murat Erkan, Esquire
Date:   December 14, 2010