# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**MOTION TO WITHDRAW AS COUNSEL**

**Jose L. Baez**

*Case Number: 10-10275-DPW*

To the Clerk of this court and all parties of record:

Undersigned counsel hereby moves to withdraw. As grounds therefore, substitute counsel has entered an appearance on defendant's behalf.

_____1-10-11_____        ___/s/ Philip J. Doherty_____
Date                                                            Signature
                                                                       Philip J. Doherty                    554591
                                                            _____
                                                            Print Name                          Bar Number
                                                                   73A Winthrop Avenue
                                                            _____
                                                            Address
                                                                   Lawrence, Ma. 01843
                                                            _____
                                                            City                    State                 Zip Code
                                                                   978-687-7700             978-688-7351
                                                            _____
                                                            Phone Number                      Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2011.

/s/ Philip J. Doherty_____