# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 10-10275-DPW** |
| JOSE L. BAEZ,        Defendant. | ) ) ) ) | |

### INTERIM STATUS REPORT
### February 14, 2011

**HILLMAN, M.J.**

The following is an Interim Status Report to Woodlock, J., to whom this case is assigned:

1. <u>Discovery</u>

The Defendant is in the process of completing his review of a voluminous amount of discovery material. The Government has recently sent the defense a second discovery package which is also voluminous. The defense has requested additional time to complete their review of the new material, which I have granted.

2. <u>Final Status Conference</u>

A Final Status Conference shall be held in this case on March 18, 2011, at 2:00 p.m. at Courtroom # 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester Massachusetts.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE