# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 10-10275-DPW** |
| JOSE L. BAEZ, | ) | |
| Defendant. | ) | |

## INTERIM STATUS REPORT
### March 25, 2011

**HILLMAN, M,J,**

The following is an Interim Status Report to Woodlock, J., to whom this case is assigned:

1.    Discovery

The Government reports that they are in the process of sending a second package of discovery material to the Defendant. It was represented by counsel for the Government that the discovery package contains twenty discs of material. The Defendant has requested and been given until May 17, 2011 to review that material.

2.  Final Status Conference

A Final Status Conference shall take place in this case on May 17, 2011 at 2:00 pm in Courtroom # 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester Massachusetts.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE