# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **CRIMINAL ACTION** |
| v. | ) | **NO. 10-10275-DPW** |
| | ) | |
| JOSE L. BAEZ, | ) | |
| Defendant. | ) | |

## ORDER OF EXCLUDABLE TIME
### March 25, 2011

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant, I am excluding from the provisions of the Speedy Trial Act, the period from March 18, 2011 (date of the expiration of the prior order of excludable time) through and including May 17, 2011, date of the Final Status Conference. I exclude the time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the Defendant will need this period of time in order to continue to evaluate the newly delivered discovery material and to continue to negotiate with the Government towards a non trial resolution.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE