# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** <br> **NO. 10-10275-DPW** |
| JOSE BAEZ,   Defendant. | ) ) ) | |

### INTERIM STATUS REPORT
### May 20, 2011

**HILLMAN, M,J,**

The following is an Interim Status Report to Woodlock, J., to whom this case is assigned:

1. Discovery

The Government produced a voluminous amount of discovery material to the Defendant at the end of March. That discovery package contained over 20 compact discs of material and the Defendant reports that he is still reviewing that material. He has requested an additional month to complete that task which I have granted.

2. Final Status Conference

A Final Status Conference will take place in the case on June 20, 2011 at 3:00 pm, in

Courtroom #1, Fifth floor, Donohue Federal Building, 595 Main St., Worcester, MA.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE