# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **CRIMINAL ACTION** |
| v. | ) | **NO. 10-10275-DPW** |
| | ) | |
| JOSE BAEZ, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME
### May 20, 2011

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant I am excluding from the provisions of the Speedy Trial Act, the period from May 17, 2011 (date of the expiration of the prior order of excludable time) through and including June 20, 2011, (date of the Final Status Conference). I exclude this time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the Defendant has requested this period of time in order to complete his review of a voluminous amount of discovery material and to continue to negotiate with the Government towards a non trial resolution of his case.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE