# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | **CRIMINAL ACTION** |
|  | ) | **NO. 10-10275-DPW** |
| JOSE BAEZ, | ) | |
| Defendant. | ) | |

### INTERIM STATUS REPORT
### July 6, 2011

**HILLMAN, M,J,**

The following is an Interim Status Report to Woodlock, J., to whom this case is assigned:

1.  Discovery

The Defendant reports that he has almost completed his review of a voluminous amount of discovery material. He has requested an additional period of time to complete that review which I have granted.

2.  Final Status Conference

A Final Status Conference will take place in the case on July 21, 2011, at 3:00 pm, in Courtroom #16, Fifth floor, J.J. Moakley Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE