# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **CRIMINAL ACTION** |
| v. | ) | **NO. 10-10275-DPW** |
| | ) | |
| JOSE BAEZ, | ) | |
| Defendant. | ) | |

## ORDER OF EXCLUDABLE TIME
### July 6, 2011

**HILLMAN, M.J.**

At the request of the Government, and with the consent of counsel for the Defendant I am excluding from the provisions of the Speedy Trial Act, the period from June 20, 2011 (date of the expiration of the prior order of excludable time) through and including July 21, 2011, date of the Final Status Conference. I exclude this time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the parties need this period of time in order to complete their assessment of the case and to determine what course of action to take.

/s/Timothy S. Hillman  
TIMOTHY S. HILLMAN  
MAGISTRATE JUDGE