# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 10-10275-DPW** |
| JOSE BAEZ, | ) ) | |
| Defendant. | ) ) | |

## FINAL STATUS CONFERENCE
### July 25, 2011

**HILLMAN, M.J.**

The following is a Final Status Conference Report to Woodlock, J., to whom this case is assigned:

**1. Local Rule 116.5 (C)(1)** - Outstanding Discovery

There are no outstanding discovery issues yet to be presented or resolved at this time.

**2. Local Rule 116.5 (C)(2) -** Additional Discovery

The parties do anticipate providing additional discovery as a result of the future receipt of information, documents, or reports of examinations or tests (i.e., expert testimony, exculpatory evidence, Jencks Act material, cooperating witnesses, etc.).

**3. Local Rule 116.5 (C)(3) -** Defenses

The Defendant does not intend to raise the defense of insanity or public authority.

**4**. **Local Rule 116.5 (C)(4) -** Alibi

The Government has requested a notice of alibi by the Defendant.

**5.  Local Rule 116.5 (C)(5)** - Motions

The Defendant does intend to file a motion to Suppress Physical Evidence.  He has requested, and been given until September 1, 2011 within which to file that motion.  The Government has requested, and been given until September 29, 2011 to file it's response.

**6. Local Rule 116.5 (C)(6)** -  Early Resolution

 At this time the parties are not discussing a non trial resolution; however depending upon the results of the Motion to Suppress they may resume those discussions.

**7. Local Rule 116.5 (C)(7)** - Trial Length

The parties estimate that the case will take between 1 to 2 weeks to try.  The Defendant will need the services of a Spanish interpreter.

**8. Local Rule 116.5 (C)(8)** - Trial

At this time a trial is not anticipated.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE