```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
         Plaintiff,          )
     v.                      )          CRIMINAL NO.
                             )          10-10275-DPW
JOSE L. BAEZ,                )
         Defendant.          )
```

### NOTICE OF INITIAL PRETRIAL CONFERENCE

WOODLOCK, J.

Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **on October 13, 2011 at 2:30 p.m.**, in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston** with Judge Woodlock.

By **NOON 7 10/6/11**, the parties shall, **ELECTRONICALLY,** file a Joint Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested; 5) whether any defendant is in federal or state custody or on release; and 6) whether any defendant is a fugitive; and 7) any other matters which should be addressed at the conference.

                                        BY THE COURT,

```
                                        /s/ Jarrett Lovett
                                         Deputy Clerk
DATE: 8/2/11
```