UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 10-MJ-10275-DPW |
| ) | |
| JOSE L. BAEZ ) | |
| ) | |

## GOVERNMENT'S ASSENTED TO MOTION TO ENLARGE TIME

Now comes the United States, by its attorneys, Carmen M. Ortiz, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to enlarge the time by which the United States must file its response to Defendant's Motion to Suppress Evidence [Docket No. 42] from September 29, 2011 to October 3, 2011.  In support of this motion, the United States avers the following: 1) on July 21, 2011, Magistrate Judge Hillman ordered that motions were due on September 1, 2011 and that responses were due on September 29, 2011; 2) the religious observance of Rosh Hashanah begins at sunset on Wednesday, September 28, 2011, and will occasion the absence from work of the Assistant United States Attorney drafting the government's response to Defendant's motion; and 3) Defendant's counsel assents to the government's motion.

Allowance of the government's motion will permit the attorney drafting the government's response to observe the religious holiday and prepare an appropriate response to Defendant's Motion to Suppress Evidence.

For the reasons stated in this motion, the United States

respectfully requests that this Honorable Court allow the government's assented to motion.

>                         Respectfully submitted,
>
>                         Carmen M. Ortiz
>                         United States Attorney
>
>                     By:/s/ David G. Tobin
>                         DAVID G. TOBIN
>                         Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>                         /s/ David G. Tobin
>                         DAVID G. TOBIN
>                         Assistant United States Attorney

Date: September 27, 2011