UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 10-CR-10275-DPW |
| JOSE BAEZ,<br>  Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY STEPHEN P. HEYMANN

Assistant United States Attorney Stephen P. Heymann will be representing the United States as co-counsel for the government in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: *Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant United States Attorney

Dated: October 3, 2011