UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CRIMINAL NO. 10-MJ-10275-DPW |
|  | ) |
| JOSE L. BAEZ | ) |
|  | ) |

<u>JOINT STATUS REPORT</u>

Now comes the United States, by its attorneys, Carmen M. Ortiz, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and the Defendant, by his attorney, Murat Erkan and hereby files with this Honorable Court a Joint Status Report.

<u>PROPOSED DATES FOR SUPPRESSION HEARING, TRIAL OR RULE 11</u>

The parties propose the following dates for the motion to suppress hearing: November 16, 18, 30 and December 1; and the parties propose that the trial be scheduled for February 2012.

<u>PENDING OR CONTEMPLATED MOTIONS</u>

A motion ro suppress evidence is pending.  The defense contemplates the additional motions: motion to suppress identifications, motion to dismiss, motion for additional discovery/motion to compel, and a motion pertaining to the defendant's mental health.

<u>POSSIBILITY OF RESOLUTION SHORT OF TRIAL</u>

The parties have not entered into plea negotiations and a trial is anticipated.

<u>INTERPRETER</u>

The defendant requires a Spanish language interpreter.

CUSTODY

    The defendant is in federal pretrial custody.

FUGITIVE

    The defendant is not a fugitive.

OTHER MATTERS

    The parties have no additional matters to bring before the court at this time.

```
                              Respectfully submitted,

                              Carmen M. Ortiz
                              United States Attorney

                         By:/s/ David G. Tobin
                            DAVID G. TOBIN
                            Assistant U.S. Attorney

                            JOSE L. BAEZ
                            Defendant

                         By: /s/ Murat Erkan
                             MURAT ERKAN
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant United States Attorney
```

Date: October 12, 2011