```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                )
UNITED STATES OF AMERICA        )
                                )
          v.                    )   CRIMINAL NO. 10-MJ-10275-DPW
                                )
JOSE L. BAEZ                    )
```

### GOVERNMENT'S ASSENTED TO MOTION TO ENLARGE TIME

Now comes the United States, by its attorneys, Carmen M. Ortiz, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to enlarge the time by which the United States must file its response to Defendant's Motion for Release from Custody [Docket No. 51] from Friday, February 10, 2012 to Monday, February 13, 2012.  The United States seeks this enlargement of time because one of the attorneys for the United States preparing the government's submission had to deal with an unexpected matter that took time away from completing the response.  Attorney Michael P. Ruane, counsel for the defendant, assented to this motion during a telephone call with the undersigned attorney for the government.

For the reasons stated in this motion, the United States respectfully requests that this Honorable Court allow the government's assented to motion.

                              Respectfully submitted,

                              Carmen M. Ortiz
                              United States Attorney

                          By: /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       /s/ David G. Tobin
                                       DAVID G. TOBIN
                                       Assistant United States Attorney

Date: February 8, 2012