UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 10-CR-10275-DPW |
| JOSE BAEZ,<br>          Defendant | |

Government's Assent to Defendant's Motion for
Extension of Time to File Supplemental Response

The Government does not object to the extension of time requested by the defendant.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney


By: */s/ Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant United States Attorney

Dated: February 24, 2012