UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>JOSE L. BAEZ,                               )<br>        Defendant                         ) | Criminal No. 10-~~MJ~~-10275-DPW |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

April 20, 2012

DOUGLAS P. WOODLOCK, J.

    Upon consideration of the parties' joint motion seeking a continuance and an order of excludable delay, the Court finds as follows:

    1.    A continuance of this proceeding from April 20, 2012, the date on which the parties filed their joint motion, through and including ~~the date the trail commences~~ *September 4, 2012* is necessary to ensure that counsel for the defendant and the defendant have sufficient time to review discovery, investigate the evidence, consider whether to file motions-in-limine, and then to prepare any such motions-in-limine, and to prepare for trail. I find, given the specific circumstances in this case, that this continuance constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. §3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

    3.    The ends of justice served by granting the requested continuance, and excluding the time period from April 20, 2012 through and including the date the trial commences from the speedy

trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and Section 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts, (1) the date on which the trial must commence is continued; and (2) the period from April 20, 2012 through and including the date the trail commences is excluded from the speedy trial clock and from the time within which the trial of the offenses charged in the indictment must commence,

/s/ Douglas P. Woodlock
HON. DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE

