UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                            )
UNITED STATES OF AMERICA    )
                            )
v.                          ) Criminal No: 10CR10275DPW
                            )
JOSE LUIS BAEZ              )
                            )
```

MOTION TO WITHDRAW

Now comes Attorney Murat Erkan, co-counsel for the Defendant, Jose Luis Baez, and respectfully requests that this Honorable Court allow him to withdraw from representing the Defendant.

As grounds hereof, Attorney Erkan states the following:

1.   Attorney Gordon Spencer, on August 8, 2012, entered an appearance of counsel for the Defendant.

2.   Counsel will coordinate timely production of the case file to subsequent counsel such that withdrawing from this matter will not unreasonably delay court proceedings.

Respectfully submitted,

/s/ Murat Erkan, Esquire
Murat Erkan, BBO: 637507
300 High Street
Andover, MA  01810
(978) 474-0054

Dated:  August 9, 2012

CERTIFICATE OF SERVICE

I, Attorney Murat Erkan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2012.

/s/ Murat Erkan, Esquire
Murat Erkan, Esquire

Date:  August 9, 2012