UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-10275-DPW |
| | ) | |
| JOSE L. BAEZ | ) | |

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

To:   The Clerk of Court and all parties of record

Undersigned counsel is admitted or otherwise authorized to practice in this Court, and he appears and substitutes for Stephen P. Heymann, Esq. as co-counsel with David G. Tobin, Esq. for the United States of America.

Date: August 13, 2012

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Office of the U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Robert.Richardson@usdoj.gov
(617) 748-3100 (telephone)
(617) 748-3951 (FAX)