```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
v.                            ) Criminal No: 10CR10275DPW
                              )
JOSE LUIS BAEZ                )
                              )
```

MOTION TO EXTEND DEADLINE FOR PRE-TRIAL FILINGS

Now comes the Defendant and respectfully requests that this Honorable Court extend the deadline for filing pre-trial motions and jury trial requests from August 14, 2012 until Friday, August 24, 2012.

As reasons hereof, the Defendant states the following:

1. Counsel expects the Defendant to plead guilty on Thursday, August 23, 2012 before the Honorable Justice Douglas P. Woodlock in the

2. In the event that the Defendant does not plead guilty on Thursday, August 23, 2012, the Defendant will make his filings the following day in anticipation of the Final Pre-Trial Conference on August 28, 2012.

```
                              Respectfully submitted,
                              Jose Luis Baez,
                              By and through his attorney,

                              /s/ Murat Erkan
                              Murat Erkan, BBO: 637508
                              300 High Street
                              Andover, MA  01810
Dated:  August 20, 2012       (978) 474-0054
```

CERTIFICATE OF SERVICE

    I, Attorney Murat Erkan, counsel for the Defendant, Jose Luis Baez, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2012.

                                       /s/ Murat Erkan
                                       Murat Erkan

Date: August 20, 2012