UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 10-MJ-10275-DPW <br> ) |
| JOSE L. BAEZ | ) |

GOVERNMENT'S ASSENTED TO MOTION TO
FILE WITNESS LIST WITHOUT ADDRESSES

Now comes the United States, by its attorneys, Carmen M. Ortiz, United States Attorney, and David G. Tobin and Robert Richardson, Assistant U.S. Attorneys, and hereby moves this Honorable Court for authorization to file the Government's Witness List without including addresses for the government witnesses. In support of this motion, the government avers that the inclusion of addresses will pose a threat to the safety of the witnesses. The defendant is charged with setting four arson fires. The government intends to introduce evidence at trial that the defendant's motive for setting each fire was revenge. If the defense needs to contact a witness on the Government's Witness List, the government will facilitate contact between the defense and the witness without revealing the residence or place of employment for that witness. On August 23, 2012, Attorney Michael Ruane, counsel for the defendant, assented to this motion in an email to the undersigned.

                                                  Respectfully submitted,

                                                  Carmen M. Ortiz
                                                  United States Attorney

                                            By:/s/ David G. Tobin
                                               DAVID G. TOBIN
                                               ROBERT RICHARDSON
                                               Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ David G. Tobin
        DAVID G. TOBIN
        Assistant United States Attorney

Date: August 23, 2012