UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 10-MJ-10275-DPW |
| | ) |
| JOSE L. BAEZ | ) |

GOVERNMENT'S WITNESS LIST

Now comes the United States, by its attorneys, Carmen M. Ortiz, United States Attorney, and David G. Tobin and Robert Richardson, Assistant U.S. Attorneys, and hereby files the Government's Witness List in this case. The government reserves the right to amend its witness list.

Boston Police Department

1) Boston Police Detective James J. Freeman, Jr.

2) Boston Police Detective Timothy Laham

3) Boston Police Officer Matthew Hogardt

Boston Fire Department

4) Boston Fire Department  CPT David Walsh

5) Boston Fire Department Lieutenant Thomas Murray

6) Boston Fire Departtment District Chief  Thomas Bernard

7) Boston Fire Department Lieutenant Kevin McCarthy

8) Boston Fire Department Lieutenant Henry Sheridan

9) Boston fire Department Acting Lieutenant Francis Flynn

10) Boston fire Department Acting Lieutenant Stephen Montoya

11) Boston Fire Department Acting District Fire Chief Brian Tuohy

12) Boston Firefighter James Whitted

13) Boston Firefighter Edwin Carasquillo

14) Boston Firefighter Peter Starkey

15) Boston Firefighter Joseph Kirby

16) Boston Firefighter Jay Gormley

17) Boston Fire Department Chemist Joseph Murphy

Massachusetts State Police

18) MA State Police Sergeant Steve Cunningham

19) John Drugan
    Massachusetts State Police Crime Lab

Boston University Police

20) Detective Billie Kanavitch

Cambridge Fire Department

21) Cambridge Firefighter Paul Sheehan

22) Cambridge Deputy Fire Chief Michael J. Morrissey

ATF

23) ATF SA Brian Oppedisano

24) ATF SA Daniel Meade

25) ATF SA Lisa Rudnicki

26) ATF SA Matthew Shibley

27) ATF SA Matthew Kelsch

28) ATF SA Thomas Crowley

29) ATF SA Brian Higgins

30) Jennifer Norcross, Civilian Employee

<u>Civilians</u>

31) Yasmin Brito

32) John Centofanti

33) Francisco Obijio

34) Kaylee Pena

35) Eulisis Pena

36) Anna Pena

37) Jack Klausner, DMD

38) Andrea Hegner

39) Jeff Jablow

40) Steve Wessels

41) Matthew Hays

42) David Imming

43) Garcia Nobel

44) Barry Sheavitz

45) Domenic Bacci

46) JR Dear

47) Cheryl Yelmokas

48) Elyse Hook

49) Julio da Silva

50) Manuel Pena

51) Keeper of Records
    911 Boston

>Respectfully submitted,
>
>Carmen M. Ortiz
>United States Attorney
>
>By: /s/ David G. Tobin
>    DAVID G. TOBIN
>    ROBERT RICHARDSON
>    Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>/s/ David G. Tobin
>DAVID G. TOBIN
>Assistant United States Attorney

Date: August 23, 2012