**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL NO. 10-10275-DPW |
| ) | |
| **JOSE L. BAEZ**    ) | |

### CONSENT TO RESERVATION OF RIGHT TO APPEAL

Pursuant to Fed. R. Crim. P. 11(a)(2), the government hereby consents to the reservation by defendant Jose L. Baez of his right to appeal from the denial of Defendant's Motion to Suppress Evidence (Docket Entry 42) as reflected in the Memorandum and Order dated July 16, 2012 (Docket Entry 65).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:
/s/Robert E. Richardson
DAVID G. TOBIN
ROBERT E. RICHARDSON
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 23, 2012.

/s/Robert E. Richardson
ROBERT E. RICHARDSON