CERTIFICATE OF SERVICE

      I, Robert E. Richardson, hereby certify that this document filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non-registered participants on August 13, 2012.

                                                /s/Robert E. Richardson
                                                ROBERT E. RICHARDSON