UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 10-10275-DPW |
| | ) | |
| **JOSE L. BAEZ** | ) | |

## DISMISSAL OF ORIGINAL INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the Original Indictment charging Jose L. Baez with arson, in violation of 18 U.S.C. § 844(i).  In support of this dismissal, the government states that Jose L. Baez pleaded guilty to a Superseding Indictment, which subsumed the charge in the Original Indictment, and the dismissal is in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

December 19, 2012          By:     /s/ Cynthia A. Young
CYNTHIA A. YOUNG
Deputy Chief, Criminal Division


/s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

Leave to File Granted:

_____
DOUGLAS P. WOODLOCK, Judge
United States District Court