# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

### File Number 10-10275-DPW

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOSE BAEZ** | ) |

## NOTICE OF APPEAL

      Notice is hereby given that Mr. Jose Baez, the Defendant in the above named case hereby appeals to the United States Court of Appeals for the First Circuit surrounding all issues of law concerning certain opinions, rulings, directions and judgments of the Court in the above-entitled matter.

      Respectfully Submitted,
JOSE BAEZ,
By his Attorney,

_/s/Gordon W. Spencer
Gordon W. Spencer, Esq.
BBO #630488
945 Concord Street
Framingham, MA 01701

Dated: December 26, 2012

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have served a copy of the Defendant's Notice of Appeal upon all counsel of record, via electronic transmission this 26th of December, 2012

/s/Gordon W. Spencer