# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Jose L. Baez

District Court Number: 10-cr-10275

Fee: Paid? Yes  X  No ____   Government filer ____   *In Forma Pauperis* Yes ____ No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No  X | Sealed documents | Yes  X  No ____ |
| *If yes, document #* | | *If yes, document #* | 2, 4, 60 |
| *Ex parte* documents | Yes ____ No  X | Transcripts | Yes  X  No ____ |
| *If yes, document #* | | *If yes, document #* | 10 |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from: Judgment

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 99, filed on 12/27/2012.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/2/2013.

**SARAH ALLISON THORNTON**
Clerk of Court

Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**