# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 10-cr-10275
USCA Docket Number: 13-1025

United States of America

v.

Jose L. Baez

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

    Document Numbers: _____

**Other Documents:**

    Sealed Records:

    Document Numbers: 2, 4, Docket Sheet

    *Ex parte* Records:

    Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/9/2013.

SARAH ALLISON THORNTON,
Clerk of Court

By: Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/9/13

_____
Deputy Clerk, US Court of Appeals