# United States Court of Appeals
## For the First Circuit

No. 13-1025

UNITED STATES

Appellee

v.

JOSE L. BAEZ

Defendant - Appellant

**MANDATE**

Entered: March 24, 2014

    In accordance with the judgment of February 28, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


                         By the Court:

                         /s/ Margaret Carter, Clerk


cc:
Jose L. Baez
Dina Michael Chaitowitz
Stephen P. Heymann
Mark T. Quinlivan
Robert Edward Richardson
Gordon Wayne Spencer
David Gerard Tobin